**No. 10-10753. Joseph R. Hurst, Petitioner v. Travis Hantke, et al.**

565 U.S. 848, 132 S. Ct. 168, 181 L. Ed. 2d 80, 2011 U.S. LEXIS 6316.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 634 F.3d 409.